JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CMI-CMC-NRP INVESTOR GROUP, LLC, a Delaware limited liability company,<br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>GADASALLI RAVIKUMAR, an individual; CAUVERY MEDICAL INTERNATIONAL, INC., a California corporation; DOES 1 trough 50, inclusive,<br>　　　　　　Defendants. | Case No.:  SACV11-01602 JST (JPRx)<br><br>JUDGMENT |

On February 16, 2012, the District Court entered its ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS, dismissing Plaintiff's federal RICO and securities fraud claims with prejudice.  Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED that judgment be entered in favor of defendants CMI and Ravikumar on Plaintiff's federal RICO and securities fraud claims.

Dated:  March 30, 2012

　　　　　　　　　　　　　　　　　　　JOSEPHINE STATON TUCKER
　　　　　　　　　　　　　　　　　　　United States District Judge